THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY JABLONOWSKY, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.

Submitted January 3, 1950; decided January 5, 1950.

*Nathaniel L. Goldstein, Attorney-General (Raymond B. Madden of counsel)*, for motion.

No one opposed.

Motion to dismiss appeal granted and appeal dismissed.